UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK PISZCZEK,

        Petitioner,

  v.

B. CURRY,

        Respondent.
                                   /

Case Number: CV07-03724 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark A. Piszczek E-31423
Correctional Training Facility-Central
P.O. Box 689
Soledad, CA 93960

Dated: July 24, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk