# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MARK PISZCZEK,

    Petitioner,

vs.

B. CURRY, Warden,

    Respondents.

No. C 07-3724 PJH (PR)

**ORDER EXTENDING TIME**

Petitioner's motion for an extension of time to file his traverse (document number 5 on the docket) is **GRANTED**. The traverse is deemed timely.

**IT IS SO ORDERED.**

Dated: August 25, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\piszczek724.EXT-P.wpd